AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Demi R. Trimble <br><br> *Plaintiff(s)* <br><br> v. <br> University of Kansas Hospital Authority, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-2530 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aramark Services, Inc.
Registered Agent:
The Corporation Company, Inc.
112 SW 7th St., Ste. 3C
Topeka, KS 66603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cornerstone Law Firm
8350 North Saint Clair Avenue, Suite 225
Kansas City, Missouri 64151

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/13/2017

s/ Charles Van Ness

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-2530

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ARAMARK SERVICES INC**
was received by me on *(date)* **09/14/2017** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **DENISE ROOKSTOOL, OFFICE MANAGER**, who is designated by law to accept service of process on behalf of *(name of organization)*
**ARAMARK SERVICES INC** on *(date)* **09/14/2017** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **09/14/2017**

*Server's signature*

**ANDREW WICKLIFFE - PROCESS SERVER**
*Printed name and title*

**P.O. BOX 7471
OVERLAND PARK KS 66207**
*Server's address*

Additional information regarding attempted service, etc: