**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DEMI R. TRIMBLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:17-cv-02530-JWB-GEB |
| | ) | |
| **UNIVERSITY OF KANSAS** | ) | |
| **HOSPITAL AUTHORITY,** et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME AND AMENDMENT OF SCHEDULING**
**ORDER**

COME NOW the parties, by and through their respective counsel of record, and respectfully requests an Order from this court extending the current deadline of February 1, 2019, to complete discovery through and including February 18, 2019, and for an order amending the current scheduling order (1) extending the deadline to file a proposed Pretrial Order from February 8, 2019, to February 25, 2019 (2) continuing the date of the Pretrial Conference from February 14, 2019, to a date to be later set by the Court and counsel; and (3) extending the deadline to file dispositive motions from March 8, 2019, to March 25, 2019. In support of this motion, the parties state as follows:

1. On October 22, 2018, upon a discovery conference with the parties, the Court entered an order extending the deadlines for filing expert reports, for completing discovery, for submitting a proposed Pretrial Order, and for filing dispositive motions, as well as continuing the date of the Pretrial Conference. (Doc. #77.)

2. The parties have diligently worked to complete discovery within the time set by the Court.

3. The parties agree that the necessity remains to take a number of depositions prior to the close of discovery.

4. Counsel for Plaintiff notified Defendants that he had been informed that February 18, 2019, is the first available date on which Plaintiff's parents are available for their depositions.

5. Defendants agreed to Plaintiff's parents' request to delay their depositions until February 18, 2019, for their convenience, only if the Court permitted.

6. The parties agree that the requested extension will necessitate a like extension on the remaining pretrial deadlines.

7. This request is made for the purpose of due diligence and not for the purpose of causing any unnecessary delay.

WHEREFORE, Plaintiff and Defendants move for this Court to enter an Order extending or continuing the following deadlines and other dates of note as outlined below:

| Deadline | Current Date | New Date. |
|---|---|---|
| • Close of Discovery | February 1, 2019 | February 18, 2019 |
| • Proposed Pretrial Order | February 8, 2019 | February 25, 2019 |
| • Pretrial Conference | February 14, 2019 | TBD |
| • Dispositive Motions | March 8, 2019 | March 25, 2019 |

The parties also move for this Court to set a telephone conference for the purpose of determining a new date for the Pretrial Conference, and for any other relief this Court deems just and equitable.

*(Signatures on following page)*

*Trimble v. UKHA et al.*                                        2 of 3
Case No. 2:17-cv-02530-JWB-GEB
Joint Mot. for Ext. of Time & to Amend Sched. Ord.

Respectfully Submitted,

| | |
|---|---|
| CORNERSTONE LAW FIRM | LATHROP GAGE, LLP |

By: /s/ Joshua P. Wunderlich

    Joshua P. Wunderlich   D. Kan. #78506
    j.wunderlich@cornerstonefirm.com
    Megan L. Stiles       D. Kan. #78642
    m.stiles@cornerstonefirm.com
    8350 N. St. Clair Ave. Suite 225
    Kansas City, Missouri 64151
    Telephone      (816) 581-4040
    Facsimile       (816) 741-8889

    ATTORNEYS FOR PLAINTIFF

POLSINELLI PC

By: /s/ Henry Thomas

    Eric Packel        KS #23070
    epackel@polsinelli.com
    Henry Thomas      KS #26246
    hthomas@polsinelli.com
    900 W. 48th Pl., Suite 900
    Kansas City, Missouri 64112
    Telephone      (816) 753-1000
    Facsimile       (816) 753-1536

    COUNSEL FOR DEFENDANT
    UNIVERSITY OF KANSAS
    HOSPITAL AUTHORITY

By: /s/ Rosalee M. McNamara

    Rosalee M. McNamara  D. Kan. #70006
    rmcnamara@lathropgage.com
    Amanda Sisney     KS #25866
    asisney@lathropgage.com
    2345 Grand Blvd.
    Kansas City, Missouri 64108
    Telephone      (816) 460-5604
    Facsimile       (816) 753-1536

    Thomas F. Hurka     *Pro Hac Vice*
    thomas.hurka@morganlewis.com
    Gabriel Shechter    *Pro Hac Vice*
    gabriel.shechter@morganlewis.com
    MORGAN, LEWIS & BOCKIUS
    77 W. Wacker, 5th Floor
    Chicago, Illinois 60601

    COUNSEL FOR DEFENDANT
    ARAMARK SERVICES, INC.

3 of 3

*Trimble v. UKHA et al.*
Case No. 2:17-cv-02530-JWB-GEB
Joint Mot. for Ext. of Time & to Amend Sched. Ord.